FILED

DEC 1 1 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-104-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM THOMAS FISCHER JR., | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 27), and for good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 11th day of December, 2018.

SUSAN P. WATTERS
United States District Court Judge

1