IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM THOMAS FISHER, JR.,<br><br>Defendant. | Case No. CR-18-104-BLG-SPW<br><br>ORDER |

For the reasons states on the record,

**IT IS HEREBY ORDERED** that the Revocation Hearing set for Friday, January 12, 2024 at 1:30 p.m. is **VACATED** and **RESET** for **Wednesday, January 17, 2024 at 9:30 a.m.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 12th day of January, 2024.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE